JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DENNIS OBADO

**DEFENDANTS**
FACEBOOK, INC, YOUTUBE, INC, JANE DOE, UNITED STATES GOVERNMENT et al

**(b)** County of Residence of First Listed Plaintiff: Middlesex
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [x] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- [x] 190 Other Contract
- (195) Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- [x] 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- [x] 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- [x] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- [x] 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

*Other:*
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- [x] 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- [x] 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- [x] 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [x] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause: 42 U.S.C 1983 Civil Rights Lawsuit

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Ten billion dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DENNIS OBADO
Plaintiff,

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PRESIDENT DONALD TRUMP, UNITED STATES GOVERNMENT, FACEBOOK INC, YOUTUBE, INC, et al, John Doe, Jane Doe RESPONDENTS,

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name               DENNIS Obado
            Street Address     1034 Edpas Road
            County, City       Middlesex County, New Brunswick
            State & Zip Code   New Jersey, 08901
            Telephone Number   (732) 246-5158

2

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Federal Bureau OF INVESTIGATION
Street Address: 26 Federal Plaza, 23 Floor
County, City: Manhattan N.Y.
State & Zip Code: NY, 10278

Defendant No. 2
Name: DONALD TRUMP C/O The Trump Organization
Street Address: TRUMP TOWER 725 Fifth Ave., Floor 26
County, City: Manhattan, NY
State & Zip Code: New York, 10022

Defendant No. 3
Name: FACEBOOK, INC.
Street Address: 1601 Willow Road
County, City: Menlo Park
State & Zip Code: California, 94025

Defendant No. 4
Name: YOUTUBE INC / Google LLC DBA YouTube
Street Address: 901 Cherry Avenue
County, City: San Bruno
State & Zip Code: California 94066

Defendant NO. 5 · JANE DOE (Respondents main material witness)
Ed Pas Road
Middlesex County, New Brunswick
New Jersey 08901

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions
[✓] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[✓] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 42 USC 1983

- 2 -

3

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __Washington, D.C, NY, NY, MENLO PK, CA,__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __New Jersey__

B. What date and approximate time did the events giving rise to your claim(s) occur? __1990 - 2021__

C. Facts: [What happened to you?] [Who did what?] [Was anyone else involved?] [Who else saw what happened?]

Respondents engaged in a conspiracy to deprive Petitioner of Federal rights causing harm to petitioner by subjecting Petitioner to criminal interference with housing rights, cruel and unusual punishments for lawful exercise of Constitutional rights, by retaliating against Petitioner for challenging state and Federal habeas cases, and criminal appeals, and appeals in FISA courts, and for securing confidential proprietary documents, in a way which subjected Petitioner to discriminatory "racial profiling," hate crimes, and color of law violations, and violations of Petitioner's Fourth, and Sixth Amendment Constitutional rights, which resulted in treating Petitioner to different pains and unlawful punishments for racketeering and extortion purposes in violation of RICO charges, Local police were notified, and reports filed,

- 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Petitioner was exposed to systematic exposure to potentially harmful biological and chemical agents, which are believed to cause present, past, and future harm, including suppressing Petitioner's white blood cell count, starvation resulting in low glucose levels, treated at Saint Peters Hospital, chronic pain in complainant's left lungs, elevated creatine kinase, due probably due to Petitioner's exposure to constant water contamination by Respondents and Jane Doe, Respondents main material witness, who is known to add lead or steel dirty stove top grill filing sediments in complainant's boiled tap water.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Demand for ~~one~~ Ten billion dollars, punitive damages, permanent restraining order against Jane Doe and wage garnishment and criminal prosecution of Jane Doe for color of law violations for death penalty charges, return of all illegally acquired unjust enrichment from Petitioner's confidential assets, order of eviction against Jane Doe, and permanent relocation of Jane Doe away from ever crossing Petitioner, restraining order against current Respondent wielding Article II constitutional power, and demand is made for seizure of all property and assets obtained by abuse of domestic electronic surveillance by this Respondent and all other Respondents, damages to be separately paid to cover all related medical expenses now and in the future, and treble damages for all damages for antitrust violations for all confidential free enterprise documents belonging to Petitioner from 2005-2021, and all copyrighted manuscripts,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __February__, 20__21__.

Signature of Plaintiff _____
Mailing Address __1034 Edpas Road__
__New Brunswick, NJ 08901__

Telephone Number __(732) 246-5158__
Fax Number *(if you have one)* _____
E-mail Address __optimisim985@outlook.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I **DENNIS OBADO** hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: **optimism985@outlook.com (optimism985@outlook.com)**

My case number is: **3:20-CV-12820**

_Signature_: **Denny Obado**
Signature of Litigant

**1034 Edpas Road**
Mailing Address

**New Brunswick, NJ 08901**
City, State, Zip Code

**(732) 246-5158**
Telephone Number

Date: **February 2, 2021**

12

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

DENNIS OBADO

    Plaintiff, : Civil Action No.

v.

UNITED STATES GOVERNMENT
FACEBOOK, INC,
YOUTUBE, INC, Defendant. : NOTICE OF MOTION
John Doe, JANE DOE, et al

PLEASE TAKE NOTICE    DENNIS OBADO
             (Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

March 1, 2021
(Motion days are the 1st and 3rd Monday of each month)

for an Order Transferring this case to Newark NJ via a nage.
   (describe type of relief being sought) and order compelling
                   Return of Petitioner's
In support of my motion, I will rely on the attached brief (if necessary). Foreign
                     Passport and
                     all Picture ID's
           DENNIS OBADO   required
           Name        To
                   enter
                   District
          1034 Edpas Road courts,
          New Brunswick, NJ 08901 For
                     litigation.

          Address

Date: February 2, 2021

13

CERTIFICATION OF SERVICE

I, __DENNIS OBADO__, certify that a copy of my motion was served
(Name of Moving Party)

by _____ on _____ upon:
(Mail, Personal Service, etc.)         (Date)

※ Note: Due to Indigent status, electronic service, and or Marshal service is requested

FBI, DONALD TRUMP, UNITED STATES GOVERNMENT, et al.
(Name of Opposing Party)

26 Federal Plaza, 23rd Floor
NY, NY
10278
(Address of Opposing Party)

_____ February 2, 2021
Name (Signature)

14